UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 99-8001-CR-ZLOCH
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HUTCHINSON,

    Defendant.

_____/

**NIGHT BOX FILED**
**MAY 1 2 1999**
CARLOS JUENKE
CLERK, USDC/SDFL/FTL

## NOTIFICATION OF CHANGE OF ADDRESS

The Defendant, James Hutchinson, through counsel, files this Notification of Change of Address and states:

The Defendant has changed his address and is now living at 2211 N.W. 15th Way, Apartment 497, Boynton Beach, Florida, 33436. A change of plea is scheduled for Monday, May 17, 1999 at 11:00 a.m. Undersigned counsel has been in regular contact with the Defendant since the Federal Defender's Office was assigned to this case.

WHEREFORE, the Defendant, through counsel, files this notification of his new address.

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
                Robert N. Berube
                Supervisory Assistant
                Federal Public Defender
                Florida Bar No. 304247
                Attorney for Defendant
                101 N.E. 3rd Avenue, Suite 202
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 13 day of May, 1999, to Steven Carlton, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Joan Balis, United States Pretrial Services Officer, 701 Clematis Street, West Palm Beach, Florida.

                                                                            Robert N. Berube